```
UNITED STATES DISTRICT COURT              Wheel A
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :      Notice of Intent to File
                                   :      An Information
       - v. -                      :
                                   :
FAISAL ALI,                        :
a/k/a "Clarence Gravely,"          :      21 CRIM 613
                                   :
               Defendant.          :
- - - - - - - - - - - - - - - - - X
```

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          September 14, 2021

                                   AUDREY STRAUSS
                                   United States Attorney
                                   Southern District of New York

                           By:     _____
                                   MITZI S. STEINER
                                   Assistant United States Attorney


                                   AGREED AND CONSENTED TO:

                           By:     _____
                                   Thomas Mirigliano, ESQ.
                                   Attorney for Faisal Ali

*Wheel A: J. Berman / OTW · 9·17·21*