UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

-against-

FAISAL ALI
                Defendant.

------------------------------------------------------------X

21 CR. 613 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the initial pretrial conference scheduled for Thursday, October 14, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0613

Dated: October 7, 2021
       New York, NY

                                                RICHARD M. BERMAN
                                                      U.S.D.J.