**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 13, 2021

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/21

Re:   *United States v. Faisal Ali*, 21 Cr. 613 (RMB)

Dear Judge Berman:

The Government was informed by defense counsel on October 12, 2021 that the defendant wishes to accept a plea agreement extended by the Government in this matter. The Government understands that the Court intends to adjourn the upcoming conference, currently scheduled for October 14, 2021. The Court has referred the plea hearing to magistrate court, and the parties anticipate that a plea hearing will be scheduled for October 22, 2021. The Government therefore moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), from October 14, 2021 until October 22, 2021. The exclusion of time will allow the parties to proceed with a plea hearing and to reach a pretrial disposition in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: ___/s/ Mitzi Steiner_____
Mitzi Steiner
Assistant United States Attorney
(212) 637-2284

Application granted. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 10/14/21

*Richard M. Berman*
Richard M. Berman, U.S.D.J.