**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                 Government,

                                                                                       21 CR. 613 (RMB)
   -against-
                                                                                       **ORDER**

FAISAL ALI
                 Defendant.
------------------------------------------------------------X

The Court will hold a conference on Monday, November 1, 2021 at 10:30 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0613

Dated: October 28, 2021
       New York, NY

                                                             _____
                                                               RICHARD M. BERMAN
                                                                     U.S.D.J.