**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                                Government,

                                                                        21 CR. 613 (RMB)

        -against-
                                                                        **ORDER**

FAISAL ALI
                        Defendant.
-----------------------------------------------------------X


        The proceeding scheduled for Monday, January 24, 2022 at 9:00 AM is hereby

adjourned to Thursday, February 3, 2022 at 11:00 AM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held by video via

Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

        Members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0613


Dated: January 26, 2022
        New York, NY


                                                _____
                                                        RICHARD M. BERMAN
                                                        U.S.D.J.