**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                   21 CR. 613 (RMB)
   -against-

                                                                  **ORDER**
FAISAL ALI
                Defendant.
------------------------------------------------------------X

The proceeding scheduled for Thursday, February 3, 2022 at 11:00 AM is hereby adjourned to Tuesday, February 22, 2022 at 11:00 AM.

The proceeding will take place in Courtroom 17B.

Dated: February 16, 2022
       New York, NY

                                                       RICHARD M. BERMAN
                                                       U.S.D.J.