UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -                                         21-CR-613 (RMB)

                                                  **ORDER**

FAISAL ALI,

                     Defendant.
------------------------------------------------------------x

        The Court has received a motion, dated August 28, 2023, from Defendant Faisal Ali, *pro se*, seeking a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2), and the recent amendment to the Sentencing Guidelines which was adopted on April 27, 2023 and took effect on November 1, 2023. *See* U.S. Sent'g Guidelines Manual §1B1.10(d), 4C1.1(a) (U.S. Sent'g Comm'n 2023) (codifying amendments).

        The Government, after conferring with the Probation Department, is requested to make a written response to Defendant's motion by November 22, 2023.

        The Clerk of Court is requested to serve copies of this Order on Mr. Ali.

Dated: New York, New York
       November 1, 2023

                                                        */s/ RMB*
                                          RICHARD M. BERMAN, U.S.D.J.