UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,         :
                                  :
                                  :
        - against -                :        21-CR-613 (RMB)
                                  :
                                  :        **ORDER**
                                  :
FAISAL ALI,                       :
                                  :
              Defendant.          :
------------------------------------------------------------x

Federal Defenders are requested to make a written submission regarding Defendant's motion for a sentence reduction, dated August 28, 2023, on or before January 31, 2024.

The Court notes that the Government and the Probation Department appear to support Defendant's eligibility for a sentencing reduction.

Dated: New York, New York                    _RMB_____
       January 17, 2024                      **RICHARD M. BERMAN, U.S.D.J.**

Copies Mailed By Chambers