UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Government,        21 CR. 613 (RMB)

   - against -                     **ORDER**

FAISAL ALI,

                Defendant.

------------------------------------------------------------x

     The Court will hold a re-sentencing hearing on February 13, 2024 at 3:00 pm in Courtroom 17B, 500 Pearl Street, New York, New York. The Court will hear from the parties and any victims who may wish to be heard.

     The Government is requested to notify victims and their counsel of this hearing, including those who were notified of the original sentencing in this case.

     The Court notes that the defense and the Government agree that defendant Faisal Ali is entitled to a sentence reduction within the range of 37 to 46 months of incarceration.

Dated: February 1, 2024
       New York, NY



RICHARD M. BERMAN
U.S.D.J.